The Honorable Thomas S. Zilly

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

| FEDERAL TRADE COMMISSION, | Case No. C05-0265 TSZ |
| Plaintiff, | |
| v. | ~~(PROPOSED)~~ **STIPULATED PRELIMINARY INJUNCTION WITH ASSET FREEZE AND OTHER EQUITABLE RELIEF AS TO DEFENDANTS AMERICAN BUSINESS SOLUTIONS, KELLY NGUYEN, AND MINH TAM VO** |
| 9125-8954 QUEBEC INC., D.B.A. GLOBAL MANAGEMENT SOLUTIONS, a Canadian corporation; 9125-8947 QUEBEC INC., D.B.A. COMMUTEL MARKETING, a Canadian corporation; 6050808 CANADA INC., D.B.A. AMERICAN BUSINESS SOLUTIONS, a Canadian corporation; TY NGUYEN, individually and as a director or officer of Global Management Solutions and Commutel Marketing; CORY KORNELSON, individually and as a director or officer of Global Management Solutions; BYRON STECZKO, individually and as a director or officer of Commutel Marketing; KELLY NGUYEN, individually and as a director or officer of American Business Solutions; and MINH TAM VO, individually and as a director or officer of American Business Solutions, Defendants. | |

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff Federal Trade Commission ("Commission" or "FTC"), pursuant to Section 13(b) of the Federal Trade Commission Act ("FTC Act"), 15 U.S.C. § 53(b), filed its Complaint for Injunction and Other Equitable Relief and applied *ex parte* for a Temporary Restraining Order with Asset Freeze, Withholding Mail Sent to Commercial Mail Receiving Agencies, Permitting

STIP. PRELIMINARY INJUNCTION - Page 1

Expedited Discovery, and for an Order to Show Cause Why a Preliminary Injunction Should Not Issue pursuant to Rule 65 of the Federal Rules of Civil Procedure.  On February 15, 2005, this Court granted plaintiff's *ex parte* application and entered the requested temporary restraining order ("TRO").  All the defendants were served with the Summons, Complaint, TRO, and other related papers filed in this action.  On March 14, 2005, the Commission and defendants American Business Solutions, Kelly Nguyen, and Minh Tam Vo filed a motion and order to extend the temporary restraining order as to them until April 22, 2005, which the Court granted on March 25, 2005.

## FINDINGS OF FACT

This Court has considered all the pleadings, memoranda, declarations, and other exhibits filed herein.  It appears to the satisfaction of the Court that:

1.      This Court has jurisdiction over the subject matter of this case, and there is reason to believe that the Court will have jurisdiction over these parties;

2.      Venue in the Western District of Washington is proper;.

3.      Entry of this Preliminary Injunction ("Order") is in the public interest; and

4.      This Order does not constitute, and shall not be interpreted to constitute, either an admission by defendants of any of plaintiff's allegations or a finding by the Court that defendants have engaged in any violations of the FTC Act.

## DEFINITIONS

A.      **"Asset"** means any legal or equitable interest in, right to, or claim to, any real and personal property including, but not limited to, chattels, goods, instruments, equipment, fixtures, general intangibles, effects, leaseholds, mail or other deliveries, inventory, checks, notes, accounts, credits, receivables, funds, monies, and all cash, wherever located, and shall include both existing assets and assets acquired after the date of entry of this Order.

B.      "**Assisting**" means providing substantial assistance or support to any person.  For purposes of this Order, providing substantial assistance or support includes, but is not limited to: (a) preparing, printing, or transmitting invoices; (b) recording or verifying sales solicitations; (c) performing customer service functions including, but not limited to, receiving or responding to

FEDERAL TRADE COMMISSION
915 Second Ave., Su. 2896
Seattle, Washington 98174
(206) 220-6350

consumer complaints, obtaining or receiving identifying and financial information from consumers, and communicating with consumers on behalf of the seller or telemarketer; (d) developing, providing, or arranging for the development or provision of sales scripts or any other marketing material; (e) verifying, processing, fulfilling, or arranging for the fulfillment of orders; (f) developing, providing, or arranging for the provision of names of potential customers; (g) collecting or arranging for the collection of accounts receivable or other amounts owed; (h) providing or arranging for the provision of post office boxes or commercial mail receiving agencies; or (i) performing or providing marketing services of any kind.

C.      **"Customer"** means any person who has paid, or may be required to pay, for goods or services offered for sale or sold by defendants.

D.      **"Commercial Mail Receiving Agency" ("CMRA")** means any private facility where defendants have an account that is responsible for accepting defendants' mail.

E.      **"Defendant" or "Defendants"** means 6050808 Canada Inc., d.b.a. American Business Solutions ("ABS"), Kelly Nguyen, a.k.a. Phu Minh Huy Nguyen, and Minh Tam Vo.

F.      **"Document"** is synonymous in meaning and equal in scope to the usage of the term in Federal Rule of Civil Procedure 34(a), and includes writings, drawings, graphs, charts, photographs, audio and video recordings, computer records, and other data compilations from which information can be obtained and translated, if necessary, through detection devices into reasonably usable form.  A draft or non-identical copy is a separate document within the meaning of the term.

G.      **"Financial institution"** means any bank, savings and loan institution, credit union, or any financial depository of any kind including, but not limited to, any brokerage house, trustee, broker-dealer, escrow agent, title company, commodity trading company or precious metal dealer.

H.      **"Material"** means likely to affect a person's choice of, or conduct regarding, goods or services.

I.      **"Person"** means a natural person, an organization or other legal entity, including a corporation, partnership, sole proprietorship, limited liability company, association, cooperative, or any other group or combination acting as an entity.

FEDERAL TRADE COMMISSION
915 Second Ave., Su. 2896
Seattle, Washington 98174
(206) 220-6350

**ORDER**

**I.  PROHIBITED BUSINESS ACTIVITIES**

**IT IS THEREFORE ORDERED** that defendants, and their officers, agents, directors, servants, employees, salespersons, independent contractors, attorneys, corporations, subsidiaries, affiliates, successors, and assigns, and all other persons or entities in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, whether acting directly or through any trust, corporation, subsidiary, division, or other device, or any of them, in connection with the advertising, promotion, offering for sale or sale of business directories or listings in business directories are preliminarily restrained and enjoined from:

A.    Misrepresenting, expressly or by implication, that:

    1.    Consumers have previously authorized the purchase of a business directory and/or listing in a directory;

    2.    Consumers have agreed to purchase a business directory and/or listing in a directory;

    3.    Consumers can review a business directory on a trial basis without incurring financial obligation; and

    4.    Consumers owe money to any of the defendants for a business directory and/or listing in a directory;

B.    Failing to disclose in outbound telephone calls to consumers, promptly and in a clear and conspicuous manner: (1) the identity of the seller; (2) that the purpose of the call is to sell goods or services; and (3) the nature of the goods or services; and

C.    Assisting others who violate any provision of Section I of this Order.

**II.  ASSET FREEZE**

**IT IS FURTHER ORDERED** that defendants, and their officers, agents, directors, servants, employees, salespersons, independent contractors, attorneys, corporations, subsidiaries, affiliates, successors, and assigns, and all other persons or entities in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, whether acting directly or through any trust, corporation, subsidiary, division, or other device, or

STIP. PRELIMINARY INJUNCTION - Page 4

any of them, except as stipulated by the parties or as directed by further order of the Court, are preliminarily restrained and enjoined from:

    A.    Selling, liquidating, assigning, transferring, converting, loaning, encumbering, pledging, concealing, dissipating, spending, disbursing, withdrawing, or otherwise disposing of any assets wherever located, including any assets outside the territorial United States, that are:

        1.    In the actual or constructive possession of any defendant;

        2.    Owned or controlled by, or held, in whole or in part for the benefit of, or subject to access by, or belonging to, any defendant; or

        3.    In the actual or constructive possession of, owned or controlled by, subject to access by, or belonging to any corporation, partnership, trust or any other entity directly or indirectly owned, managed or controlled by, or under common control with, any defendant including, but not limited to, any assets held by or for any defendant at any bank or savings and loan institution, credit union, independent service organization, independent credit card processing company, or with any broker-dealer, escrow agent, title company, commodity trading company, precious metal dealer, common carrier, credit card processing agent, customs broker, commercial mail receiving and/or forwarding agency, commercial freight holding and/or forwarding agency, or other financial institution or depository of any kind including, but not limited to, assets at C.I.B.C. or any branches thereof;

    B.    Opening or causing to be opened any safe deposit boxes or storage facilities titled in the name of any defendant, or subject to access by any defendant or under any defendant's control, without providing plaintiff prior notice and a reasonable opportunity to first inspect the contents in order to determine whether they contain any assets covered by this Section;

    C.    Failing to hold and account for all assets including, without limitation, payments, loans, and gifts, received after service of this Order; and

    D.    Notwithstanding the above, each individual defendant may designate a personal checking or other account and a personal credit card that shall be exempt from this provision, and from which funds can be drawn to pay that individual defendant's normal and reasonable living

FEDERAL TRADE COMMISSION
915 Second Ave., Su. 2896
Seattle, Washington 98174
(206) 220-6350

expenses.  Individual defendants shall provide the FTC with a monthly accounting relating to each such individual account and credit card.

### III.  WITHHOLDING OF MAIL SENT TO COMMERCIAL MAIL RECEIVING AGENCIES

**IT IS FURTHER ORDERED** that:

A       Any CMRA where defendants maintain an account, including those at: (1) 2034 East Lincoln Avenue, Suite 332, Anaheim, California 92806, and (2) 59 Damonte Ranch Parkway, Suite #B-324, Reno, Nevada 89521, shall, for the duration of this Order, retain and forward to plaintiff, at the address designated in Section VI.D. below, all mail received at the CMRA that is addressed to any defendant and/or addressed to any other name under which the defendants are doing business.  Plaintiff will retain this mail for the duration of this Order, until further order of this court or upon stipulation of the parties; and

B.       Defendants, within three (3) business days of entry of this Order, shall provide to counsel for the Commission a complete list of all CMRA accounts used by any defendant from January 1, 2004, to the date of entry of this Order.  Defendants shall notify counsel for the Commission of any CMRA account created by any defendant after the date of entry of this Order, within three (3) business days of its creation; such notice shall include the address of the CMRA account, the name and contact person on the account, and all business names receiving mail at that account.

### IV.  SUSPENSION OF COLLECTION ON ACCOUNTS

**IT IS FURTHER ORDERED** that defendants, and their officers, agents, directors, servants, employees, salespersons, independent contractors, attorneys, corporations, subsidiaries, affiliates, successors, and assigns, and all other persons or entities in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, whether acting directly or through any trust, corporation, subsidiary, division, or other device, or any of them, are preliminarily restrained and enjoined from collecting or attempting to collect payment for a business directory and/or listing in a directory, directly or through any third party, on any account established prior to entry of this Order.

FEDERAL TRADE COMMISSION
915 Second Ave., Su. 2896
Seattle, Washington 98174
(206) 220-6350

### V.  MONITORING BY DEFENDANTS

**IT IS FURTHER ORDERED** that defendants, in connection with the telemarketing of any product or service including, but not limited to, a business directory and/or listing in the directory, are preliminarily restrained and enjoined from:

A.      Failing to take reasonable steps sufficient to monitor and ensure that all employees and independent contractors engaged in sales, collection or other customer service functions comply with Sections I and IV of this Order.  Such steps shall include adequate monitoring of sales presentations or other calls with customers, and shall also include, at a minimum, the following:  (1) listening to the oral representations made by persons engaged in sales, collection or other customer service functions; (2) establishing a procedure for receiving and responding to customer complaints; and (3) ascertaining the number and nature of complaints regarding transactions in which each employee or independent contractor is involved; *provided* that this Section does not authorize or require any defendant to take any steps that violate any federal, state or local law;

B.      Failing to investigate promptly and fully any complaint to which this Section applies; and

C.      Failing to take corrective action with respect to any employee or independent contractor whom any defendant determines is not complying with this Order, which may include training, disciplining, and/or terminating such person.

### VI.  COMPLIANCE MONITORING

**IT IS FURTHER ORDERED** that:

A.      In the event defendants resume business activities, defendants shall provide to counsel for plaintiff, within five (5) days of resuming business, copies of any directions, sales scripts, training materials or similar documents provided to employees or independent contractors to bring them into compliance with Section I of this Order;

B.      In the event defendants resume business activities, defendants shall provide to counsel for plaintiff, within five (5) days of resuming business and thereafter on a bi-weekly or twice per month basis, copies of actual invoices showing all businesses who have ordered or

FEDERAL TRADE COMMISSION
915 Second Ave., Su. 2896
Seattle, Washington 98174
(206) 220-6350

agreed to purchase a business directory and/or a listing during the previous two-week period. The invoices shall contain each business' name, address, telephone number, email address (if any), date of transaction, item, price of item, other charges, and the salesperson's full name;

C. The Commission staff may use the information in Sections III and VI.B. of this Order to contact businesses for the purpose of monitoring compliance with this Order. The Commission shall maintain the confidentiality of the business names and related identifying information provided in response to this Section; and

D. For purposes of this Order, all correspondence to plaintiff shall be addressed to:

> Kathryn C. Decker
> Federal Trade Commission
> 915 Second Avenue, Suite 2896
> Seattle, WA 98174
> 206-220-6366 (fax)
> kdecker@ftc.gov

## VII. FINANCIAL STATEMENTS

**IT IS FURTHER ORDERED** that:

A. Each defendant, within ten (10) days of entry of this Order, shall prepare and deliver to counsel for the Commission a completed Financial Statement of Individual Defendant, accurate as of the date of this Order, in the form provided as Attachment A for individuals and Attachment B for businesses, along with the required attachments. Attachments A and B are the Department of Treasury – Internal Revenue Service Collection Information Statement for Individuals (Form 433-A), and the corresponding Collection Information Statement for Businesses (Form 433–B), which can also be found at www.irs.gov/pub/irs-pdf/f433a.pdf and www.irs.gov/pub/irs-pdf/f433b.pdf; and

B. Each defendant, within ten (10) days of entry of this Order, shall provide the Commission access to records and documents pertaining to defendants that are held by financial institutions outside the territory of the United States by signing the Consent to Release of Financial Records, which is attached to this Order as Attachment C.

## VIII. DUTIES OF THIRD PARTIES HOLDING DEFENDANTS' ASSETS

**IT IS FURTHER ORDERED** that, pending determination of the FTC's request for a

permanent injunction, any financial institution, or any person or other entity served with a copy of this Order shall:

    A.    Hold and retain within such entity's or person's control, and prohibit the withdrawal, removal, assignment, transfer, pledge, hypothecation, encumbrance, disbursement, dissipation, conversion, sale, liquidation, or other disposal of any assets held by or under such entity's or person's control:

        1.    On behalf of, or for the benefit of, any defendant;

        2.    In any account maintained in the name of, or subject to withdrawal by, any defendant; or

        3.    That are subject to access or use by, or under the signatory power of, any defendant;

    B.    Deny access to any safe deposit boxes that are either:

        1.    Titled in the name, individually or jointly, of any defendant; or

        2.    Subject to access by any defendant;

    C.    Provide to counsel for the Commission, within three (3) business days, by facsimile or by overnight delivery, a sworn statement setting forth:

        1.    The identification of each account or asset titled in the name, individually or jointly, or held on behalf of, or for the benefit of, any defendant, whether in whole or in part;

        2.    The balance of each such account, or a description of the nature and value of such asset;

        3.    The identification of any safe deposit box that is either titled in the name of, individually or jointly, or is otherwise subject to access or control by, any defendant, whether in whole or in part; and

        4.    If the account, safe deposit box or other asset has been closed or removed, the date closed or removed and the balance on said date; and

    D.    The accounts and assets subject to this Section include existing accounts and assets, and assets deposited or accounts created after the effective date of this Order.  This

FEDERAL TRADE COMMISSION
915 Second Ave., Su. 2896
Seattle, Washington 98174
(206) 220-6350

1  Section shall not prohibit transfers in accordance with any provision of this Order, or any further

2  order of the Court.

3  ### IX.  RECORD KEEPING/MAINTAINING BUSINESS RECORDS

4  **IT IS FURTHER ORDERED** that defendants, and their officers, agents, directors,

5  servants, employees, salespersons, independent contractors, attorneys, corporations, subsidiaries,

6  affiliates, successors, and assigns, and all other persons or entities in active concert or

7  participation with them who receive actual notice of this Order by personal service or otherwise,

8  whether acting directly or through any trust, corporation, subsidiary, division, or other device, or

9  any of them, are preliminarily restrained and enjoined from:

10  A.  Failing to make and keep books, records, accounts, bank statements, current

11  accountants' reports, general ledgers, general journals, cash receipts ledgers, cash disbursements

12  ledgers and source documents, documents indicating title to real or personal property, and any

13  other data which, in reasonable detail, accurately and fairly reflect the transactions and

14  dispositions of the assets of defendants; and

15  B.  Destroying, erasing, mutilating, concealing, altering, transferring or otherwise

16  disposing of, in any manner, directly or indirectly, contracts, agreements, customer files, customer

17  lists, customer addresses and telephone numbers, correspondence, advertisements, brochures,

18  sales material, training material, sales presentations, documents evidencing or referring to

19  defendants' products or services, data, computer tapes, disks, or other computerized records,

20  books, written or printed records, handwritten notes, telephone logs, "verification" or

21  "compliance" tapes or other audio or video tape recordings, receipt books, invoices, postal

22  receipts, ledgers, personal and business canceled checks (fronts and backs) and check registers,

23  bank statements, appointment books, copies of federal, state or local business or personal income

24  or property tax returns, and other documents or records of any kind, including electronically

25  stored materials, that relate to the business practices or business or personal finances of

26  defendants or other entities directly or indirectly under the control of defendants.

27  ### X.  DISTRIBUTION OF ORDER BY DEFENDANTS

28  **IT IS FURTHER ORDERED** that defendants shall immediately provide a copy of this

STIP. PRELIMINARY INJUNCTION - Page 10

Order to each affiliate, partner, division, sales entity, successor, assign, officer, director, employee, independent contractor, agent, attorney, and/or representative of any defendant. Within five (5) calendar days following service of this Order by plaintiff, defendants shall serve on plaintiff an affidavit identifying the name, title, address, telephone number, date of service, and manner of service of each person or entity defendants served with a copy of this Order in compliance with this provision.

## XI.  SERVICE OF ORDER

**IT IS FURTHER ORDERED** that copies of this Order may be served by facsimile transmission, personal or overnight delivery, or by first class mail, by agents and employees of the Commission or any state, federal or foreign law enforcement agency, or by private process server, on: (1) defendants; (2) any financial institution, entity or person that holds, controls or maintains custody of any documents or assets of any defendant, or that held, controlled or maintained custody of any documents or assets of any defendant; or (3) any other person or entity that may be subject to any provision of this Order.  Service upon any branch or office of any financial institution or entity shall effect service upon the entire financial institution or entity.

## XII.  CONSUMER REPORTS

**IT IS FURTHER ORDERED** that pursuant to Section 604(a)(1) of the Fair Credit Reporting Act, 15 U.S.C. § 1681b(a)(1), any consumer reporting agency may furnish a consumer report concerning any defendant to the Commission.

## XIII.  EXPEDITED DISCOVERY

**IT IS FURTHER ORDERED** that, notwithstanding the provisions of Federal Rules of Civil Procedure 26(d) and (f) and 30(a)(2)(c), and pursuant to Federal Rules of Civil Procedure 30(a), 34, and 45, the parties are granted leave, at any time after service of this Order, to:

A.     Take the deposition, on three (3) calendar days' notice, of any person, whether or not a party, for the purpose of discovering the nature, location, status, and extent of the assets of the defendants, or their affiliates or subsidiaries; the nature and location of documents reflecting the defendants' business transactions, or the business transactions of the defendants' affiliates or subsidiaries; the location of any premises where defendants, directly or through any third party,

FEDERAL TRADE COMMISSION
915 Second Ave., Su. 2896
Seattle, Washington 98174
(206) 220-6350

conduct business operations; the defendants' whereabouts; and/or the applicability of any evidentiary privileges to this action. The limitations and conditions set forth in Fed. R. Civ. P. 30(a)(2)(B) and 31(a)(2)(B) regarding subsequent depositions of an individual shall not apply to depositions taken pursuant to this Section. Any such depositions taken pursuant to this Section shall not be counted toward the ten (10) deposition limit set forth in Fed. R. Civ. P. 30(a)(2)(A) and 31(a)(2)(A). Service of discovery upon a party, taken pursuant to this Section, shall be sufficient if made by facsimile or by overnight delivery; and

B.    Demand the production of documents, on five (5) calendar days' notice, from any person, whether or not a party, relating to the nature, status or extent of assets of the defendants or of their affiliates or subsidiaries; the location of documents reflecting the business transactions of defendants, or of their affiliates or subsidiaries; the location of any premises where defendants, directly or through any third party, conduct business operations; the defendants' whereabouts; and/or the applicability of any evidentiary privileges to this action, provided that twenty-four (24) hours' notice shall be deemed sufficient for the production of any such documents that are maintained or stored only as electronic data.

## XIV.  CREATION OF OTHER BUSINESSES

**IT IS FURTHER ORDERED** that defendants are preliminarily restrained and enjoined, until further order, from creating, operating, or controlling any business entity, whether newly-formed or previously inactive, including any partnership, limited partnership, joint venture, sole proprietorship, or corporation, without first providing the Commission with a written statement disclosing: (1) the name of the business entity; (2) the address and telephone number of the business entity; (3) the names of the business entity's officers, directors, principals, managers, and employees; and (4) a detailed description of the business entity's intended activities.

## XV. RETENTION OF JURISDICTION

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction of this matter for all purposes.

FEDERAL TRADE COMMISSION
915 Second Ave., Su. 2896
Seattle, Washington 98174
(206) 220-6350

1    Dated this __26th__ day of April, 2005.

2

3

4

5    _____
     Thomas S. Zilly
6    United States District Judge

7    Presented by:

8

9    _____
     KATHRYN C. DECKER, WSBA #12389
10   JULIE K. BROF, WSBA #34638
     915 Second Avenue, Suite 2896
11   Seattle, Washington 98174
     206-220-4486 (Decker)
12   206-220-4475 (Brof)
     206-220-6366 (fax)
13   kdecker@ftc.gov
     jbrof@ftc.gov
14
     Attorneys for Plaintiff
15   Federal Trade Commission

16   _____
17   KELLY NGUYEN, Individually and on
     behalf of American Business Solutions
18   1260 Craigflower Road
     Victoria, British Columbia, Canada
19   250-380-3898
     Pro Se
20

21   _____
     MINH TAM VO, Individually
22   1260 Craigflower Road
     Victoria, British Columbia, Canada
23   250-380-3898
     Pro Se
24

25

26

27

28

STIP. PRELIMINARY INJUNCTION - Page 13

1  maintained or stored only as electronic data.

2  ## XIV. CREATION OF OTHER BUSINESSES

3  **IT IS FURTHER ORDERED** that defendants are preliminarily restrained and enjoined,

4  until further order, from creating, operating, or controlling any business entity, whether newly-

5  formed or previously inactive, including any partnership, limited partnership, joint venture, sole

6  proprietorship, or corporation, without first providing the Commission with a written statement

7  disclosing: (1) the name of the business entity; (2) the address and telephone number of the

8  business entity; (3) the names of the business entity's officers, directors, principals, managers,

9  and employees; and (4) a detailed description of the business entity's intended activities.

10  ## XV. RETENTION OF JURISDICTION

11  **IT IS FURTHER ORDERED** that this Court shall retain jurisdiction of this matter for

12  all purposes.

13

14  Dated this ___ day of April, 2005.

15

16

17  THE HONORABLE THOMAS S. ZILLY
    UNITED STATES DISTRICT JUDGE

18

19  Presented by:

20

21  KATHRYN C. DECKER, WSBA #12389
    JULIE K. BROF, WSBA #34638

22  915 Second Avenue, Suite 2896
    Seattle, Washington 98174

23  206-220-4486 (Decker)
    206-220-4475 (Brof)

24  206-220-6366 (fax)
    kdecker@ftc.gov

25  jbrof@ftc.gov

26  Attorneys for Plaintiff
    Federal Trade Commission

27

28

FEDERAL TRADE COMMISSION
915 Second Ave., Su. 2896
Seattle, Washington 98174
(206) 220-6350

1

KELLY NGUYEN, Individually and on
2   behalf of American Business Solutions
    1260 Craigflower Road
3   Victoria, British Columbia, Canada
    250-380-3898
4   Pro Se

5

6   MINH TAM VO, Individually
    1260 Craigflower Road
7   Victoria, British Columbia, Canada
    250-380-3898
8   Pro Se

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FEDERAL TRADE COMMISSION
915 Second Ave., Su. 2896
Seattle, Washington 98174
(206) 220-6350

 **IRS**

Department of the Treasury
**Internal Revenue Service**

www.irs.gov

Form 433-A (Rev. 5-2001)
Catalog Number 20312N

# Collection Information Statement for Wage Earners and Self-Employed Individuals

Complete all entry spaces with the most current data available.

***Important!*** Write "N/A" (not applicable) in spaces that do not apply. We may require additional information to support "N/A" entries.

Failure to complete all entry spaces may result in rejection or significant delay in the resolution of your account.

---

## Section 1
**Personal Information**

**1.** Full Name(s) _____

Street Address _____
City _____ State _____ Zip _____
County of Residence _____
How long at this address? _____

**1a.** Home Telephone ( ____ ) _____
Best Time To Call: _____ am _____ pm (Enter Hour)

**2.** Marital Status:
☐ Married   ☐ Separated
☐ Unmarried (single, divorced, widowed)

**3.** Your Social Security No.(SSN) _____
**4.** Spouse's Social Security No. _____

**3a.** Your Date of Birth (mm/dd/yyyy) _____
**4a.** Spouse's Date of Birth (mm/dd/yyyy) _____

**5.** ☐ Own Home   ☐ Rent   ☐ Other (specify, i.e. share rent, live with relative) _____

**6.** List the dependents you can claim on your tax return: (Attach sheet if more space is needed.)

| First Name | Relationship | Age | Does this person live with you? | First Name | Relationship | Age | Does this person live with you? |
|---|---|---|---|---|---|---|---|
| _____ | _____ | ___ | ☐ No  ☐ Yes | _____ | _____ | ___ | ☐ No  ☐ Yes |
| _____ | _____ | ___ | ☐ No  ☐ Yes | _____ | _____ | ___ | ☐ No  ☐ Yes |

☐ Check this box when all spaces in Sect. 1 are filled in.

---

## Section 2
**Your Business Information**

**7.** Are you or your spouse self-employed or operate a business? (Check "Yes" if either applies)

☐ No   ☐ Yes   If yes, provide the following information:

**7a.** Name of Business _____
**7b.** Street Address _____
City _____ State _____ Zip _____

**7c.** Employer Identification No., if available : _____
**7d.** Do you have employees? ☐ No ☐ Yes
**7e.** Do you have accounts/notes receivable? ☐ No ☐ Yes
If yes, please complete Section 8 on page 5.

**ATTACHMENTS REQUIRED:** Please include proof of self-employment income for the **prior 3 months** (e.g., invoices, commissions, sales records, income statement).

☐ Check this box when all spaces in Sect. 2 are filled in and attachments provided.

---

## Section 3
**Employment Information**

**8.** Your Employer _____
Street Address _____
City _____ State _____ Zip _____
Work telephone no. ( ____ ) _____
May we contact you at work? ☐ No ☐ Yes
**8a.** How long with this employer? _____
**8b.** Occupation _____

**9.** Spouse's Employer _____
Street Address _____
City _____ State _____ Zip _____
Work telephone no. ( ____ ) _____
May we contact you at work? ☐ No ☐ Yes
**9a.** How long with this employer? _____
**9b.** Occupation _____

**ATTACHMENTS REQUIRED:** Please provide proof of gross earnings and deductions for the past 3 months from each employer (e.g., pay stubs, earnings statements). If year-to-date information is available, send only 1 such statement as long as a **minimum of 3 months** is represented.

☐ Check this box when all spaces in Sect. 3 are filled in and attachments provided.

---

## Section 4
**Other Income Information**

**10.** Do you receive income from sources other than your own business or your employer? (Check all that apply.)

☐ Pension   ☐ Social Security   ☐ Other (specify, i.e. child support, alimony, rental) _____

**ATTACHMENTS REQUIRED:** Please provide proof of pension/social security/other income for the past 3 months from each payor, including any statements showing deductions. If year-to-date information is available, send only 1 such statement as long as a **minimum of 3 months** is represented.

☐ Check this box when all spaces in Sect. 4 are filled in and attachments provided.

Section 5 begins on page 2 →
(Rev. 5-2001)

Attachment A

**Collection Information Statement for Wage Earners and Self-Employed Individuals**          **Form 433-A**

Name _____          SSN _____

---

## Section 5
**Banking, Investment, Cash, Credit, and Life Insurance Information**

*Complete all entry spaces with the most current data available.*

**11. CHECKING ACCOUNTS.** List all checking accounts. (If you need additional space, attach a separate sheet.)

| | Type of Account | Full Name of Bank, Savings & Loan, Credit Union or Financial Institution | Bank Routing No. | Bank Account No. | Current Account Balance |
|---|---|---|---|---|---|
| 11a. | Checking | Name _____ | _____ | _____ | $ _____ |
| | | Street Address _____ | | | |
| | | City/State/Zip _____ | | | |
| 11b. | Checking | Name _____ | _____ | _____ | $ _____ |
| | | Street Address _____ | | | |
| | | City/State/Zip _____ | **11c. Total Checking Account Balances** | | $ _____ |

**12. OTHER ACCOUNTS.** List all acounts, including brokerage, savings, and money market, not listed on line 11.

| | Type of Account | Full Name of Bank, Savings & Loan, Credit Union or Financial Institution | Bank Routing No. | Bank Account No. | Current Account Balance |
|---|---|---|---|---|---|
| 12a. | _____ | Name _____ | _____ | _____ | $ _____ |
| | | Street Address _____ | | | |
| | | City/State/Zip _____ | | | |
| 12b. | _____ | Name _____ | _____ | _____ | $ _____ |
| | | Street Address _____ | | | |
| | | City/State/Zip _____ | **12c. Total Other Account Balances** | | $ _____ |

**ATTACHMENTS REQUIRED:** Please include your current bank statements (checking, savings, money market, and brokerage accounts) for the past three months for all accounts.

**13. INVESTMENTS.** List all investment assets below. Include stocks, bonds, mutual funds, stock options, certificates of deposits, and retirement assets such as IRAs, Keogh, and 401(k) plans. (If you need additional space, attach a separate sheet.)

*⊐ Current Value: Indicate the amount you could sell the asset for today.*

| | Name of Company | Number of Shares / Units | ⊐ Current Value | Loan Amount | Used as collateral on loan? |
|---|---|---|---|---|---|
| 13a. | _____ | _____ | $ _____ | $ _____ | ☐ No  ☐ Yes |
| 13b. | _____ | _____ | _____ | _____ | ☐ No  ☐ Yes |
| 13c. | _____ | _____ | _____ | _____ | ☐ No  ☐ Yes |
| | | **13d. Total Investments** | $ _____ | | |

**14. CASH ON HAND.** Include any money that you have that is not in the bank.

**14a. Total Cash on Hand**   $ _____

**15. AVAILABLE CREDIT.** List all lines of credit, including credit cards.

| | Full Name of Credit Institution | Credit Limit | Amount Owed | Available Credit |
|---|---|---|---|---|
| 15a. | Name _____ | _____ | _____ | $ _____ |
| | Street Address _____ | | | |
| | City/State/Zip _____ | | | |
| 15b. | Name _____ | | | $ _____ |
| | Street Address _____ | | | |
| | City/State/Zip _____ | **15c. Total Credit Available** | | $ _____ |

Section 5 continued on page 3 →
(Rev. 5-2001)

**Collection Information Statement for Wage Earners and Self-Employed Individuals**   Form 433-A

Name_____   SSN_____

---

**Section 5**
**continued**

**16. LIFE INSURANCE.** Do you have life insurance with a cash value?   ☐ No ☐ Yes
(Term Life insurance does not have a cash value.)
If yes:
**16a.** Name of Insurance Company _____
**16b.** Policy Number(s) _____
**16c.** Owner of Policy _____
**16d.** Current Cash Value  $ _____   **16e.** Outstanding Loan Balance  $_____

Subtract "Outstanding Loan Balance" line 16e from "Current Cash Value" line 16d = 16f   $_____

☐ Check this box when all spaces in Sect. 5 are filled in and attachments provided.

**ATTACHMENTS REQUIRED:** Please include a statement from the life insurance companies that includes type and cash/loan value amounts. If currently borrowed against, include loan amount and date of loan.

---

**Section 6**
**Other Information**

**17. OTHER INFORMATION.** Respond to the following questions related to your financial condition: (Attach sheet if you need more space.)

**17a.** Are there any garnishments against your wages?   ☐ No ☐ Yes
If yes, who is the creditor?_____   Date creditor obtained judgement _____   Amount of debt $_____

**17b.** Are there any judgments against you?   ☐ No ☐ Yes
If yes, who is the creditor?_____   Date creditor obtained judgement _____   Amount of debt $_____

**17c.** Are you a party in a lawsuit?   ☐ No ☐ Yes
If yes, amount of suit $_____   Possible completion date _____   Subject matter of suit _____

**17d.** Did you ever file bankruptcy?   ☐ No ☐ Yes
If yes, date filed _____   Date discharged _____

**17e.** In the past 10 years did you transfer any assets out of your name for less than their actual value?   ☐ No ☐ Yes
If yes, what asset? _____   Value of asset at time of transfer $_____
When was it transferred?_____   To whom was it transferred? _____

**17f.** Do you anticipate any increase in household income in the next two years?   ☐ No ☐ Yes
If yes, why will the income increase? _____   (Attach sheet if you need more space.)
How much will it increase?   $ _____

**17g.** Are you a beneficiary of a trust or an estate?   ☐ No ☐ Yes
If yes, name of the trust or estate_____   Anticipated amount to be received $_____
When will the amount be received? _____

☐ Check this box when all spaces in Sect. 6 are filled in.

**17h.** Are you a participant in a profit sharing plan?   ☐ No ☐ Yes
If yes, name of plan _____   Value in plan $_____

---

**Section 7**
**Assets and Liabilities**

**¤ Current Value:** Indicate the amount you could sell the asset for today.

**18. PURCHASED AUTOMOBILES, TRUCKS AND OTHER LICENSED ASSETS.** Include boats, RV's, motorcycles, trailers, etc.
(If you need additional space, attach a separate sheet.)

| Description (Year, Make, Model, Mileage) | ¤ Current Value | Current Loan Balance | Name of Lender | Purchase Date | Amount of Monthly Payment |
|---|---|---|---|---|---|
| **18a.** Year _____ Make/Model _____ Mileage _____ | $_____ | $_____ | _____ | _____ | $_____ |
| **18b.** Year _____ Make/Model _____ Mileage _____ | $_____ | $_____ | _____ | _____ | $_____ |
| **18c.** Year _____ Make/Model _____ Mileage _____ | $_____ | $_____ | _____ | _____ | $_____ |

Section 7 continued on page 4 →
(Rev. 5-2001)

Collection Information Statement for Wage Earners and Self-Employed Individuals          Form 433-A

Name_____          SSN_____

**Section 7**
**continued**

**19. LEASED AUTOMOBILES, TRUCKS AND OTHER LICENSED ASSETS.** Include boats, RV's, motorcycles, trailers, etc.
(If you need additional space, attach a separate sheet.)

| Description (Year, Make, Model) | Lease Balance | Name and Address of Lessor | Lease Date | Amount of Monthly Payment |
|---|---|---|---|---|
| **19a.** Year _____ | | | | |
| Make/Model _____ | $ _____ | _____ | _____ | $ _____ |
| **19b.** Year _____ | | | | |
| Make/Model _____ | $ _____ | _____ | _____ | $ _____ |

**ATTACHMENTS REQUIRED:** Please include your current statement from lender with monthly car payment amount and current balance of the loan for each vehicle purchased or leased.

**20. REAL ESTATE.** List all real estate you own. (If you need additional space, attach a separate sheet.)

⊐ **Current Value:** Indicate the amount you could sell the asset for today.

✴ **Date of Final Payment:** Enter the date the loan or lease will be fully paid.

| Street Address, City, State, Zip, and County | Date Purchased | Purchase Price | ⊐ Current Value | Loan Balance | Name of Lender or Lien Holder | Amount of Monthly Payment | ✴ Date of Final Payment |
|---|---|---|---|---|---|---|---|
| **20a.** _____ | | | | | | | |
| _____ | | | | | | | |
| _____ | | | | | | | |
| _____ | _____ | $ _____ | $ _____ | $ _____ | _____ | $ _____ | _____ |
| **20b.** _____ | | | | | | | |
| _____ | | | | | | | |
| _____ | | | | | | | |
| _____ | _____ | $ _____ | $ _____ | $ _____ | _____ | $ _____ | _____ |

**ATTACHMENTS REQUIRED:** Please include your current statement from lender with monthly payment amount and current balance for each piece of real estate owned.

**21. PERSONAL ASSETS.** List all Personal assets below. (If you need additional space, attach separate sheet.)
*Furniture/Personal Effects* includes the total current market value of your household such as furniture and appliances.
*Other Personal Assets* includes all artwork, jewelry, collections (coin/gun, etc.), antiques or other assets.

| Description | ⊐ Current Value | Loan Balance | Name of Lender | Amount of Monthly Payment | ✴ Date of Final Payment |
|---|---|---|---|---|---|
| **21a.** Furniture/Personal Effects | $ _____ | $ _____ | _____ | $ _____ | _____ |
| Other: (List below) | | | | | |
| **21b.** Artwork | $ _____ | $ _____ | _____ | $ _____ | _____ |
| **21c.** Jewelry | | | | | |
| **21d.** | | | | | |
| **21e.** | | | | | |

**22. BUSINESS ASSETS.** List all business assets and encumbrances below, include Uniform Commercial Code (UCC) filings. (If you need additional space, attach a separate sheet.) *Tools used in Trade or Business* includes the basic tools or books used to conduct your business, excluding automobiles. *Other Business Assets* includes any other machinery, equipment, inventory or other assets.

| Description | ⊐ Current Value | Loan Balance | Name of Lender | Amount of Monthly Payment | ✴ Date of Final Payment |
|---|---|---|---|---|---|
| **22a.** Tools used in Trade/Business | $ _____ | $ _____ | _____ | $ _____ | _____ |
| Other: (List below) | | | | | |
| **22b.** Machinery | $ _____ | $ _____ | _____ | $ _____ | _____ |
| **22c.** Equipment | | | | | |
| **22d.** | | | | | |
| **22e.** | | | | | |

☐ Check this box when all spaces in Sect. 7 are filled in and attachments provided.

**Collection Information Statement for Wage Earners and Self-Employed Individuals**   **Form 433-A**

Name_____   SSN_____

| | |
|---|---|
| **Section 8**<br>**Accounts/**<br>**Notes**<br>**Receivable** | **23. ACCOUNTS/NOTES RECEIVABLE.**  List all accounts separately, including contracts awarded, but not started.  (If you need additional space, attach a separate sheet.) |

*Use only if needed.*

☐ *Check this box if Section 8 not needed.*

| Description | Amount Due | Date Due | Age of Account |
|---|---|---|---|
| **23a.** Name _____<br>Street Address _____<br>City/State/Zip _____ | $ _____ | _____ | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| **23b.** Name _____<br>Street Address _____<br>City/State/Zip _____ | $ _____ | _____ | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| **23c.** Name _____<br>Street Address _____<br>City/State/Zip _____ | $ _____ | _____ | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| **23d.** Name _____<br>Street Address _____<br>City/State/Zip _____ | $ _____ | _____ | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| **23e.** Name _____<br>Street Address _____<br>City/State/Zip _____ | $ _____ | _____ | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| **23f.** Name _____<br>Street Address _____<br>City/State/Zip _____ | $ _____ | _____ | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| **23g.** Name _____<br>Street Address _____<br>City/State/Zip _____ | $ _____ | _____ | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| **23h.** Name _____<br>Street Address _____<br>City/State/Zip _____ | $ _____ | _____ | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| **23i.** Name _____<br>Street Address _____<br>City/State/Zip _____ | $ _____ | _____ | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| **23j.** Name _____<br>Street Address _____<br>City/State/Zip _____ | $ _____ | _____ | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| **23k.** Name _____<br>Street Address _____<br>City/State/Zip _____ | $ _____ | _____ | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| **23l.** Name _____<br>Street Address _____<br>City/State/Zip _____ | $ _____ | _____ | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |

☐ Check this box when all spaces in Sect. 8 are filled in.

Add "Amount Due" from lines 23a through 23l = 23m  $ _____

**Collection Information Statement for Wage Earners and Self-Employed Individuals**     **Form 433-A**

Name_____     SSN_____

## Section 9

**Monthly Income and Expense Analysis**

If only one spouse has a tax liability, but both have income, list the total household income and expenses.

### Total Income

| Source | Gross Monthly |
|---|---|
| 24. Wages (Yourself)[1] | $ |
| 25. Wages (Spouse)[1] | |
| 26. Interest - Dividends | |
| 27. Net Income from Business[2] | |
| 28. Net Rental Income[3] | |
| 29. Pension/Social Security (Yourself) | |
| 30. Pension/Social Security (Spouse) | |
| 31. Child Support | |
| 32. Alimony | |
| 33. Other | |
| 34. Total Income | $ |

### Total Living Expenses

| Expense Items [4] | Actual Monthly |
|---|---|
| 35. Food, Clothing and Misc.[5] | $ |
| 36. Housing and Utilities[6] | |
| 37. Transportation[7] | |
| 38. Health Care | |
| 39. Taxes (Income and FICA) | |
| 40. Court ordered payments | |
| 41. Child/dependent care | |
| 42. Life insurance | |
| 43. Other secured debt | |
| 44. Other expenses | |
| 45. Total Living Expenses | $ |

[1] **Wages, salaries, pensions, and social security:** Enter your gross monthly wages and/or salaries. Do not deduct withholding or allotments you elect to take out of your pay, such as insurance payments, credit union deductions, car payments etc.
To calculate your gross monthly wages and/or salaries:
*If paid weekly* - multiply weekly gross wages by 4.3. Example: $425.89 x 4.3 = $1,831.33
*If paid bi-weekly (every 2 weeks)* - multiply bi-weekly gross wages by 2.17. Example: $972.45 x 2.17 = $2,110.22
*If paid semi-monthly (twice each month)* - multiply semi-monthly gross wages by 2. Example: $856.23 x 2 = $1,712.46

[2] **Net Income from Business:** Enter your monthly net business income. This is the amount you earn after you pay ordinary and necessary monthly business expenses. This figure should relate to the yearly net profit from your Form 1040 Schedule C. If it is more or less than the previous year, you should attach an explanation. If your net business income is a loss, enter "0". Do not enter a negative number.

[3] **Net Rental Income:** Enter your monthly net rental income. This is the amount you earn after you pay ordinary and necessary monthly rental expenses. If your net rental income is a loss, enter "0". Do not enter a negative number.

[4] **Expenses not generally allowed:** We generally do not allow you to claim tuition for private schools, public or private college expenses, charitable contributions, voluntary retirement contributions, payments on unsecured debts such as credit card bills, cable television and other similar expenses. However, we may allow these expenses, if you can prove that they are necessary for the health and welfare of you or your family or for the production of income.

[5] **Food, Clothing and Misc.:** Total of clothing, food, housekeeping supplies and personal care products for one month.

[6] **Housing and Utilities:** For your principal residence: Total of rent or mortgage payment. Add the average monthly expenses for the following: property taxes, home owner's or renter's insurance, maintenance, dues, fees, and utilities. Utilities include gas, electricity, water, fuel, oil, other fuels, trash collection and telephone.

[7] **Transportation:** Total of lease or purchase payments, vehicle insurance, registration fees, normal maintenance, fuel, public transportation, parking and tolls for one month.

**ATTACHMENTS REQUIRED:** Please include:



- A copy of your last Form 1040 with all Schedules.
- Proof of all current expenses that you paid for the past 3 months, including utilities, rent, insurance, property taxes, etc.
- Proof of all non-business transportation expenses (e.g., car payments, lease payments, fuel, oil, insurance, parking, registration).
- Proof of payments for health care, including health insurance premiums, co-payments, and other out-of-pocket expenses, for the past 3 months.
- Copies of any court order requiring payment and proof of such payments (e.g., cancelled checks, money orders, earning statements showing such deductions) for the past 3 months.

☐ Check this box when all spaces in Sect. 9 are filled in and attachments provided.

☐ Check this box when all spaces in all sections are filled in and all attachments provided.

⚠ **CAUTION**

*Failure to complete all entry spaces may result in rejection or significant delay in the resolution of your account.*

*Certification: Under penalties of perjury, I declare that to the best of my knowledge and belief this statement of assets, liabilities, and other information is true, correct and complete.*

_____     _____     _____
Your Signature          Spouse's Signature          Date

(Rev. 5-2001)



**Department of the Treasury**
**Internal Revenue Service**

www.irs.gov

Form 433-B (Rev. 5-2001)
Catalog Number 16649P

# Collection Information Statement for Businesses

Complete all entry spaces with the most current data available.

**Important!** Write "N/A" (not applicable) in spaces that do not apply. We may require additional information to support "N/A" entries.

Failure to complete all entry spaces may result in rejection or significant delay in the resolution of your account.

---

## Section 1
**Business Information**

1a. Business Name _____
Business Street Address _____
_____
City_____ State_____ Zip_____
County _____

1b. Business Telephone ( _____ ) _____

2a. Employer Identification No. (EIN) _____

2b. Type of Entity (Check appropriate box below)
☐ Partnership  ☐ Corporation  ☐ Other _____

2c. Type of Business _____

☐ Check this box when all spaces in Sect. 1 are filled in.

3a. Contact Name _____
3b. Contact's Business Telephone ( _____ ) _____
Extension _____
Best Time To Call _____ am _____ pm (Enter Hour)
3c. Contact's Home Telephone ( _____ ) _____
Best Time To Call _____ am _____ pm (Enter Hour)
3d. Contact's Other Telephone ( _____ ) _____
Telephone Type (i.e. fax, cellular, pager) _____
3e. Contact's E-mail Address _____

---

## Section 2
**Business Personnel and Contacts**

4. **PERSON RESPONSIBLE FOR DEPOSITING PAYROLL TAXES**

4a. Full Name_____ Title_____
Home Street Address _____
City_____ State_____ Zip_____

Social Security Number ____|____|____
Home Telephone ( _____ ) _____
Ownership Percentage & Shares or Interest _____

5. **PARTNERS, OFFICERS, MAJOR SHAREHOLDERS, ETC.**

5a. Full Name_____ Title_____
Home Street Address _____
City_____ State_____ Zip_____

Social Security Number _____
Home Telephone ( _____ ) _____
Ownership Percentage & Shares or Interest _____

5b. Full Name_____ Title_____
Home Street Address _____
City_____ State_____ Zip_____

Social Security Number ____|____|____
Home Telephone ( _____ ) _____
Ownership Percentage & Shares or Interest _____

5c. Full Name_____ Title_____
Home Street Address _____
City_____ State_____ Zip_____

Social Security Number _____
Home Telephone ( _____ ) _____
Ownership Percentage & Shares or Interest _____

5d. Full Name_____ Title_____
Home Street Address _____
City_____ State_____ Zip_____

Social Security Number ____|____|____
Home Telephone ( _____ ) _____
Ownership Percentage & Shares or Interest _____

☐ Check this box when all spaces in Sect. 2 are filled in.

---

## Section 3
**Accounts/ Notes Receivable**

*See page 6 for additional space, if needed.*

6. **ACCOUNTS/NOTES RECEIVABLE.** List all contracts separately, including contracts awarded, but not started.

| Description | Amount Due | Date Due | Age of Account |
|---|---|---|---|
| 6a. Name _____<br>Street Address _____<br>City/State/Zip_____ | $ _____ | _____ | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| 6b. Name _____<br>Street Address _____<br>City/State/Zip_____ | $ _____ | _____ | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |

6a + 6b = 6c  **6c** $ _____

Amount from Page 6  **6p** + _____

6q. Total Accounts/ Notes Receivable  **6c + 6p = 6q** = $ _____

☐ Check this box when all spaces in Sect. 3 are filled in.

*Section 4 begins on page 2* →
(Rev. 5-2001)

Attachment B

**Collection Information Statement for Businesses** ·                                      **Form 433-B**

Business Name _____      EIN _____

---

## Section 4
**Other Financial Information**

**7. OTHER FINANCIAL INFORMATION.** Respond to the following business financial questions.

**7a.** Does this business have other business relationships  (e.g. subsidiary or parent, corporation, partnership, etc.)? ...........☐ No ☐Yes
     If yes, list related EIN _____ Additional EIN _____

**7b.** Does anyone (e.g. officer, stockholder, partner or employees) have an outstanding loan borrowed from the business? ...........☐ No ☐Yes
     If yes, amount of loan $ _____ Date of loan _____ Current balance $_____

**7c.** Are there any judgments or liens against your business? ..................................................................................☐ No ☐Yes
     If yes, who is the creditor?_____ Date creditor obtained judgment/lien _____ Amount of debt $ _____

**7d.** Is your business a party in a lawsuit? .......................................................................................................☐ No ☐Yes
     If yes, amount of suit $ _____ Possible completion date _____ Subject matter of suit_____

**7e.** Has your business ever filed bankruptcy? ...................................................................................................☐ No ☐Yes
     If yes, date filed _____ Date discharged _____ Petition No._____

**7f.** In the past 10 years have you transferred any assets from your business name for less than their actual value? ............☐ No ☐Yes
     If yes, what asset? _____ Value of asset at time of transfer $_____
     When was it transferred? _____ To whom or where was it transferred?_____

**7g.** Do you anticipate any increase in business income  (e.g. contracts bid but not yet awarded)? ..........................................☐ No ☐Yes
     If yes, why will the income increase? _____ ..... (Attach sheet if you need additional space.)
     How much will it increase? _____ When will the business income increase?_____

**7h.** Is your business a beneficiary of a trust, an estate or a life insurance policy? ...............................................☐ No ☐Yes
     If yes, name of the trust, estate or policy? _____ Anticipated amount to be received?_____
     When will the amount be received?_____

☐ Check this box when all spaces in Sect. 4 are filled in.

---

## Section 5
**Business Assets**

⊐ **Current Value:** Indicate the amount you could sell the asset for today.

**8. PURCHASED AUTOMOBILES, TRUCKS AND OTHER LICENSED ASSETS.** Include boats, RV's, motorcycles, trailers, etc.
(If you need additional space, attach a separate sheet.)

| Description (Year, Make, Model, Mileage) | ⊐ Current Value | Loan Balance | Name of Lender | Purchase Date | Amount of Monthly Payment |
|---|---|---|---|---|---|
| **8a.** Year | | | | | |
| Make/Model | | | | | |
| Mileage | $ | $ | | | $ |
| **8b.** Year | | | | | |
| Make/Model | | | | | |
| Mileage | $ | $ | | | $ |
| **8c.** Year | | | | | |
| Make/Model | | | | | |
| Mileage | $ | $ | | | $ |

**9. LEASED AUTOMOBILES, TRUCKS AND OTHER LICENSED ASSETS.** Include boats, RV's, motorcycles, trailers, etc.
(If you need additional space, attach a separate sheet.)

| Description (Year, Make, Model) | Lease Balance | Name of Lessor | Lease Date | Amount of Monthly Payment |
|---|---|---|---|---|
| **9a.** Year | | | | |
| Make/Model | $ | | | $ |
| **9b.** Year | | | | |
| Make/Model | $ | | | $ |



**ATTACHMENTS REQUIRED:** Please include your current statement from lender with monthly car payment amount and current balance of the loan for each vehicle purchased or leased.

**Collection Information Statement for Businesses**  Form 433-B

Business Name _____   EIN _____

---

| **Section 5** continued | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

**10. REAL ESTATE.** List all real estate owned by the business. (If you need additional space, attach a separate sheet.)

¤ **Current Value:** Indicate the amount you could sell the asset for today.

✱**Date of Final Payment:** Enter the date the loan or lease will be fully paid.

| | Street Address, City, State, Zip, and County | Date Purchased | Purchase Price | ¤Current Value | Loan Balance | Name of Lender or Lien Holder | Amount of Monthly Payment | ✱Date of Final Payment |
|---|---|---|---|---|---|---|---|---|
| 10a. | _____ | | | | | | | |
| | _____ | | | | | | | |
| | _____ | | | | | | | |
| | _____ | $ | $ | $ | | $ | | |
| 10b. | _____ | | | | | | | |
| | _____ | | | | | | | |
| | _____ | | | | | | | |
| | _____ | $ | $ | $ | | $ | | |

**ATTACHMENTS REQUIRED:** Please include your current statement from lender with monthly payment amount and current balance for each piece of real estate owned.

---

☐ *Check this box if you are attaching a depreciation schedule for machinery/ equipment in lieu of completing line 11.*

**11. BUSINESS ASSETS.** List all business assets and encumbrances below, include Uniform Commercial Code (UCC) filings. (If you need additional space, attach a separate sheet.)   Note: If attaching a depreciation schedule, the attachment must include all of the information requested below.

| | Description | ¤Current Value | Loan Balance | Name of Lender | Amount of Monthly Payment | ✱Date of Final Payment |
|---|---|---|---|---|---|---|
| 11a. | Machinery | $ | $ | | $ | |
| | _____ | | | | | |
| | _____ | | | | | |
| | _____ | | | | | |
| | Equipment | | | | | |
| | _____ | | | | | |
| | _____ | | | | | |
| | Merchandise | | | | | |
| | Other Assets: (List below) | | | | | |
| 11b. | _____ | $ | $ | | $ | |
| 11c. | _____ | | | | | |

☐ *Check this box when all spaces in Sect. 5 are filled in and attachments provided.*

**ATTACHMENTS REQUIRED:** Please include your current statement from lender with monthly payment amount and current loan balance for assets listed which have an encumbrance.

---

**Section 6**

Investment, Banking and Cash Information

**12. INVESTMENTS.** List all investment assets below. Include stocks, bonds, mutual funds, stock options and certificates of deposits.

| | Name of Company | Number of Shares / Units | ¤Current Value | Loan Amount | Used as collateral on loan? |
|---|---|---|---|---|---|
| 12a. | _____ | _____ | $ | $ | ☐ No  ☐ Yes |
| 12b. | _____ | _____ | | | ☐ No  ☐ Yes |
| | **12c. Total Investments** | | $ | | |

Section 6 continued on page 4 →
(Rev. 5-2001)

**Collection Information Statement for Businesses**                    **Form 433-B**

Business Name _____   EIN _____

| **Section 6 continued** | **13. BANK ACCOUNTS.** List all checking and savings accounts. (If you need additional space, attach a separate sheet.) |
|---|---|

*Complete all entry spaces with the most current data available.*

| | Type of Account | Full Name of Bank, Savings & Loan, Credit Union or Financial Institution | Bank Routing No. | Bank Account No. | Current Account Balance |
|---|---|---|---|---|---|
| **13a.** | Checking | Name _____ | _____ | _____ | $ _____ |
| | | Street Address _____ | | | |
| | | City/State/Zip _____ | | | |
| **13b.** | Checking | Name _____ | _____ | _____ | $ _____ |
| | | Street Address _____ | | | |
| | | City/State/Zip _____ | | | |
| **13c.** | Savings | Name _____ | _____ | _____ | $ _____ |
| | | Street Address _____ | | | |
| | | City/State/Zip _____ **13d. Total Bank Account Balances** | | | $ _____ |

**ATTACHMENTS REQUIRED:** Please include your current bank statements (checking and savings) for the past three months for all accounts.

**14. OTHER ACCOUNTS.** List all accounts including brokerage accounts, money market, additional checking and savings accounts not listed on line #13 and any other accounts not listed in this section.

| | Type of Account | Full Name of Bank, Savings & Loan, Credit Union or Financial Institution | Bank Routing No. | Bank Account No. | Current Account Balance |
|---|---|---|---|---|---|
| **14a.** | _____ | Name _____ | _____ | _____ | $ _____ |
| | | Street Address _____ | | | |
| | | City/State/Zip _____ | | | |
| **14b.** | _____ | Name _____ | _____ | _____ | $ _____ |
| | | Street Address _____ | | | |
| | | City/State/Zip _____ **14c. Total Other Account Balances** | | | $ _____ |

**ATTACHMENTS REQUIRED:** Please include your current bank statements (checking, savings, money market, and brokerage accounts) for the past three months for all accounts.

**15. CASH ON HAND.** Include any money that you have that is not in the bank.

**15a. Total Cash on Hand**   $ _____

**16. AVAILABLE CREDIT.** List all lines of credit, including credit cards.

| | Full Name of Credit Institution | Credit Limit | Amount Owed | Available Credit |
|---|---|---|---|---|
| **16a.** | Name _____ | _____ | _____ | $ _____ |
| | Street Address _____ | | | |
| | City/State/Zip _____ | | | |
| **16b.** | Name _____ | _____ | _____ | $ _____ |
| | Street Address _____ | | | |
| | City/State/Zip _____ **16c. Total Credit Available** | | | $ _____ |

☐ Check this box when all spaces in Sect. 6 are filled in and attachments provided.

**Collection Information Statement for Businesses**                                                        **Form 433-B**

Business Name _____   EIN _____

| **Section 7** | **17.** | The following information applies to income and expenses from your most recently filed Form 1120 or Form 1065. |
|---|---|---|

**Section 7**
**Monthly Income and Expenses**

*Complete all entry spaces with the most current data available.*

**17.** The following information applies to income and expenses from your most recently filed Form 1120 or Form 1065.
Fiscal Year Period _____ to _____

**18.** Accounting Method Used: ☐ Cash   ☐ Accrual

The information included on lines 19 through 39 should reconcile to your business federal tax return.

**Total Income**

| Source | Gross Monthly |
|---|---|
| 19. Gross Receipts | $ |
| 20. Gross Rental Income | |
| 21. Interest | |
| 22. Dividends | |
| Other Income (specify in lines 23-25) | |
| 23. | |
| 24. | |
| 25. | |
| (Add lines 19 through 25) | |
| 26.                TOTAL INCOME | $ |

**Total Expenses**

| Expense Items | Actual Monthly |
|---|---|
| 27. Materials Purchased [1] | $ |
| 28. Inventory Purchased [2] | |
| 29. Gross Wages & Salaries | |
| 30. Rent | |
| 31. Supplies [3] | |
| 32. Utilities / Telephone [4] | |
| 33. Vehicle Gasoline / Oil | |
| 34. Repairs & Maintenance | |
| 35. Insurance | |
| 36. Current Taxes [5] | |
| Other Expenses (include installment payments, specify in lines 37-38) | |
| 37. | |
| 38. | |
| (Add lines 27 through 38) | |
| 39.                TOTAL EXPENSES | $ |

[1] **Materials Purchased:** Materials are items directly related to the production of a product or service.

[2] **Inventory Purchased:** Goods bought for resale.

[3] **Supplies:** Supplies are items used in your business that are consumed or used up within one year, this could be the cost of books, office supplies, professional instruments, etc.

[4] **Utilities:** Utilities include gas, electricity, water, fuel, oil, other fuels, trash collection and telephone.

[5] **Current Taxes:** Real estate, state and local income tax, excise, franchise, occupational, personal property, sales and the employer's portion of employment taxes.

☐ Check this box when all spaces in Sect. 7 are filled in.

☐ Check this box when all spaces in all sections are filled in and all attachments provided.

⚠ **CAUTION**   *Failure to complete all entry spaces may result in rejection or significant delay in the resolution of your account.*

**Certification:** Under penalties of perjury, I declare that to the best of my knowledge and belief this statement of assets, liabilities, and other information is true, correct and complete.

_____          _____
Print Name                                                      Title

_____          _____
Your Signature                                                 Date

Accounts/Notes Receivable Continuation on page 6 →
(Rev. 5-2001)

**Collection Information Statement for Businesses**　　　　　　　　　　　　　**Form 433-B**

Business Name _____　　EIN _____

---

**Section 3**
**Accounts/**
**Notes**
**Receivable**
**continued**

*Use only if*
*needed.*

☐ *Check this*
*box if this*
*page is not*
*needed.*

**ACCOUNTS/NOTES RECEIVABLE CONTINUATION PAGE.** List all contracts separately, including contracts awarded, but not started.  (If you need additional space, copy this page and attach to the 433-B package.)

| | Description | Amount Due | Date Due | Age of Account |
|---|---|---|---|---|
| 6d. | Name _____<br>Street Address _____<br>City/State/Zip _____ | $ _____ | _____ | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| 6e. | Name _____<br>Street Address _____<br>City/State/Zip _____ | $ _____ | _____ | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| 6f. | Name _____<br>Street Address _____<br>City/State/Zip _____ | $ _____ | _____ | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| 6g. | Name _____<br>Street Address _____<br>City/State/Zip _____ | $ _____ | _____ | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| 6h. | Name _____<br>Street Address _____<br>City/State/Zip _____ | $ _____ | _____ | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| 6i. | Name _____<br>Street Address _____<br>City/State/Zip _____ | $ _____ | _____ | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| 6j. | Name _____<br>Street Address _____<br>City/State/Zip _____ | $ _____ | _____ | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| 6k. | Name _____<br>Street Address _____<br>City/State/Zip _____ | $ _____ | _____ | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| 6l. | Name _____<br>Street Address _____<br>City/State/Zip _____ | $ _____ | _____ | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| 6m. | Name _____<br>Street Address _____<br>City/State/Zip _____ | $ _____ | _____ | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| 6n. | Name _____<br>Street Address _____<br>City/State/Zip _____ | $ _____ | _____ | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |
| 6o. | Name _____<br>Street Address _____<br>City/State/Zip _____ | $ _____ | _____ | ☐ 0 - 30 days<br>☐ 30 - 60 days<br>☐ 60 - 90 days<br>☐ 90+ days |

☐ Check this box
when all spaces in
Sect. 3 are filled in.

Add lines 6d through 6o = 6p  $ _____　　*(Add this amount to amount*
*on line 6c, Section 3, page 1)*

(Rev. 5-2001)

**ATTACHMENT C**

**CONSENT TO RELEASE OF FINANCIAL RECORDS**

I, _____, of _____ Canada, do hereby direct any bank, savings and

loan association, credit union, depository institution, finance company, commercial lending

company, credit card processor, credit card processing entity, automated clearing house, network

transaction processor, bank debit processing entity, brokerage house, escrow agent, money

market or mutual fund, title company, commodity trading company, trustee, or person that holds,

controls or maintains custody of assets, wherever located, that are owned or controlled by me or

at which there is an account of any kind upon which I am authorized to draw, and its officers,

employees and agents, to disclose all information and deliver copies of all documents of every

nature in your possession or control which relate to the said accounts to any attorney of the

Federal Trade Commission, and to give evidence relevant thereto, in the matter of <u>Federal Trade</u>

<u>Commission v. 9125-8954 Quebec Inc., d.b.a Global Management Solutions, et al.</u>, now pending

in the United States District Court for the Western District of Washington, at Seattle, and this

shall be irrevocable authority for so doing.  This direction is intended to apply to the laws of

countries other than the United States which restrict or prohibit the disclosure of bank

information without the consent of the holder of the account, and shall be construed as consent

with respect thereto, and the same shall apply to any of the accounts for which I may be the

relevant principal.

Date: _____, 2005     Signature: _____

                          Print name: _____